FILED

09/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0659

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0659

_____

IN THE MATTER OF:

J.P.,                                                                    O R D E R

      A Youth in Need of Care.


_____


      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 2 2020